AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lisi, Mary M. | 2. Court or Organization<br><br>U.S. District Court - R. I. | 3. Date of Report<br><br>05/20/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Selection Committee Chair | Hassenfeld Family Foundation Rhode Island Public Service Fellowships |
| 2. Member | Temple University School of Law Board of Visitors |
| 3. Member | University of Rhode Island President's Council |
| 4. Member | ABA - National Conference Federal Trial Court Judges Executive Committee |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 25 A 10: 25 FINANCIAL DISCLOSURE OFFICE

Lisi, Mary M.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February 12-14, 2009 | Boston, MA | Mid-Year Meeting | Lodging, ground transportation, meals |
| 2. | American Bar Association | June 22-26, 2009 | Denver, CO | Judicial Discipline Consultation Mtg. | Airfare, lodging, ground trasnportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/20/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citizens Bank, Providence, RI NOW Account | A | Interest | L | T | | | | | |
| 2. Citizens Bank - IRA (cash equivilent) | A | Interest | J | T | | | | | |
| 3. Citizens Bank - IRA (cash equivilent) | A | Interest | K | T | | | | | |
| 4. Bank RI - CD | B | Interest | L | T | | | | | |
| 5. 401(K)RETIREMENT PLAN | F | Dividend | O | T | | | | | |
| 6. - Dreyfus Bond Market Index Fund | | | | | | | | | |
| 7. -Federated Capital Appreciation Fund A | | | | | | | | | |
| 8. - Janus Advisor Flexible Income Fund | | | | | | | | | |
| 9. - MFS Total Return Fund A | | | | | | | | | |
| 10. - MFS Global Equity Fund A | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. Continued on attached sheets | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Page 4a

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **Fidelity Investments** | | | | | | | | | |
| American Century GNMA | A | Dividend | | | Buy | 5/15 | J | | |
| | | | | | Sold | 11/13 | J | A | |
| American Century International Bond | | NONE | | | Sold | 3/3 | J | | |
| William Blair International EQ FD CL N | | NONE | | | Sold | 2/20 | J | | |
| Calamos Convertible Class A | A | Dividend | J | T | Sold (part) | 11/13 | J | A | |
| Columbia Technology Fund CL Z | | NONE | | | Sold | 2/20 | J | | |
| Goldman Sachs Ultra SH Duratn Govt | A | Dividend | | | Sold | 2/24 | J | | |
| ING Global Real Estate CL A | A | Dividend | | | Sold | 2/20 | J | | |
| Janus Research Fund | | NONE | | | Sold | 2/20 | J | | |
| Laudus Rosenberg Intl Disc Instl CL | | NONE | | | Sold | 2/20 | J | | |
| Loomis Sayles Investment Grade Bond | A | Dividend | J | T | Buy | 4/28 | J | | |
| | | | | | Buy | 5/15 | J | | |
| | | | | | Buy | 11/13 | J | | |
| Mainstay High Yield Corp Class A | A | Dividend | J | T | Sold (part) | 11/13 | J | A | |

| Narragansett Insured Tax Free Inc CL Y | A | Dividend | J | T | Buy | 5/15 | J | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sold (part) | 11/13 | J | A | |
| Generations Multi Strategies | | NONE | | | Sold | 3/3 | J | | |
| Payden Limited Maturity | A | Dividend | | | Sold | 4/27 | J | | |
| Pioneer Oak Ridge Small Cap Growth | | NONE | | | Buy | 2/6 | J | | |
| | | | | | Sold | 2/20 | J | | |
| T Rowe Price Health Sciences | | NONE | | | Sold | 2/20 | J | | |
| Rainier Mid Cap EQ Port Instl CL | | NONE | | | Sold | 2/20 | J | | |
| Riversource Diversfd Equity Income CL A | | NONE | | | Sold | 2/20 | J | | |
| T Rowe Price Blue Chip Growth ADV CL | | NONE | | | Sold | 2/20 | J | | |
| Royce Value Plus Service Class | | NONE | | | Sold | 2/5 | J | | |
| Oppenheimer Real Asset | | NONE | | | Buy | 1/16 | J | | |
| | | | | | Sold | 2/20 | J | | |
| Rydex Commodities Strategy CL H | | NONE | | | Sold | 1/15 | J | | |
| Templeton Global Bond | A | Dividend | J | T | Buy | 3/23 | J | | |
| | | | | | Buy | 5/15 | J | | |
| | | | | | Sold (part) | 11/13 | J | A | |
| Thornburg Intl Value CL Instl | | NONE | J | T | Sold (part) | 2/20 | J | | |
| | | | | | Buy | 11/13 | J | | |
| Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Fidelity IRA 1** | | | | | | | | | |
| American Century GNMA | B | Dividend | K | T | Buy | 5/15 | K | | |
| | | | | | Sold (part) | 11/13 | J | A | |
| American Century International Bond | | NONE | | | Sold | 3/3 | J | | |
| William Blair International EQ FD CL N | | NONE | | | Sold | 2/20 | J | | |
| Calamos Convertible Class A | A | Dividend | J | T | Buy | 2/25 | J | | |
| | | | | | Buy | 5/15 | J | | |
| | | | | | Sold (part) | 10/27 | J | A | |
| Columbia Technology Fund CL Z | | NONE | | | Sold | 2/20 | J | | |
| Goldman Sachs Ultra SH Duratn Govt | A | Dividend | | | Sold | 2/24 | J | | |
| ING Global Real Estate CL A | A | Dividend | | | Sold | 10/27 | J | | |
| Janus Research Fund | | NONE | | | Sold | 2/20 | J | | |
| Laudus Rosenberg Intl Disc Instl CL | | NONE | | | Sold | 2/20 | J | | |
| Loomis Sayles Investment Grade Bond | A | Dividend | K | T | Buy | 4/28 | J | | |
| | | | | | Buy | 5/15 | J | | |
| | | | | | Buy | 11/13 | J | | |
| Mainstay High Yield Corp Class A | A | Dividend | J | T | Buy | 2/25 | J | | |
| | | | | | Buy | 5/15 | J | | |
| | | | | | Sold (part) | 11/13 | J | A | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Goldman Sachs Ultra SH Duratin Govt | A | Dividend | | | Sold (part) | 1/14 | J | | |
| | | | | | Sold | 3/9 | J | | |
| Generations Multi Strategies | | NONE | | | Sold | 2/20 | J | | |
| Rainier Mid Cap EQ Port Instl CL | | NONE | | | Sold | 2/20 | J | | |
| T Rowe Price Blue Chip Growth Adv CL | | NONE | | | Sold | 2/20 | J | | |
| Thornburg Intl Value CL A | | NONE | | | Sold | 2/20 | J | | |
| Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/20/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/20/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544